Argued and submitted July 16,
appeal dismissed August 25, 1980

ZEMKE,
*Appellant,*

*v.*

JEFFERSON COUNTY, et al
*Respondents.*

(No. 6831, CA 16137)

615 P2d 418

Paul F. Sumner, Madras, argued the cause for appellant. With him on the briefs was Phelps & Sumner, Madras.

Michael C. Sullivan, Jefferson County District Attorney, Madras, argued the cause and filed the brief for respondents.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

In this writ of review proceeding, the record is devoid of an appealable judgment or decree within the meaning of ORS 19.010. The appeal must therefore be dismissed.

Appeal dismissed.